UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANNY MEEKINS,

    Plaintiff,

v.                                            Case No: 06-15087
                                                Honorable David M. Lawson

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

Presently before the Court is the report and recommendation issued on November 14, 2007 by Magistrate Judge Mona K. Majzoub pursuant to 28 U.S.C. § 636(b)(1)(B) and E.D. Mich. LR 72.1. The plaintiff and defendant filed cross-motions for summary judgment in this social security case, and Magistrate Judge Majzoub recommended that this Court grant the defendant's motion for summary judgment, deny the plaintiff's motion for summary judgment, and dismiss the complaint with prejudice. Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within ten days of service of the report, no objections have been filed. The parties' failure to file objections to the Report and Recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the Magistrate Judge's report releases the Court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the Magistrate Judge.

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation [dkt # 10] is **ADOPTED**, and the complaint is **DISMISSED**.

It is further **ORDERED** that the plaintiff's motion for summary judgment [dkt #7] is

**DENIED** and the defendant's motion for summary judgment [dkt #9] is **GRANTED**. The complaint is **DISMISSED with prejudice**.

                                           s/David M. Lawson
                                           DAVID M. LAWSON
                                           United States District Judge

Dated: December 4, 2007

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 4, 2007.

                         s/Felicia M. Moses
                         FELICIA M. MOSES